UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD ALAN DILBERT,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>R. FISHER, Warden,<br><br>　　　　Respondent. | Case No.: 1:20-cv-01835-DAD-JLT (HC)<br><br>ORDER DISREGARDING MISCELLANEOUS MOTION<br><br>(Doc. 19) |

　　　　On October 27, 2021, Petitioner filed a miscellaneous motion. (Doc. 19.) However, on April 30, 2021, the Court dismissed the petition (Doc. 13), and this case is closed. Additionally, Petitioner was previously advised that no further filings will be accepted in this case. (See Doc. 18.) Therefore, Petitioner's motion is hereby **DISREGARDED**. **Petitioner is again advised that no further filings will be accepted in this case.**

IT IS SO ORDERED.

　　Dated:　**November 1, 2021**　　　　　　　　_ /s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE